## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**RICHARD ALAN DAVIS**                                                    **PLAINTIFF**
**ADC No. 089568**

**v.**                          **CASE NO. 2:26-CV-00021-BSM**

**TAMIA S. ROBINSON,** *et al.*                                          **DEFENDANTS**

### ORDER

After careful review of the record, United States Magistrate Judge Joe J. Volpe's

recommended disposition [Doc. No. 4] is adopted, and Richard Davis's complaint is

dismissed without prejudice.  An *in forma pauperis* appeal of this order would not be taken

in good faith.

IT IS SO ORDERED this 2nd day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE