**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**RICHARD ALAN DAVIS**                                              **PLAINTIFF**
**ADC No. 089568**

**v.**                         **CASE NO. 2:26-CV-00021-BSM**

**TAMIA S. ROBINSON,** *et al.*                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 2nd day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE